UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sandra J. Claussen,

    Plaintiff,

v.                                                           Civil No. 10-4258 (JNE/FLN)
                                                                ORDER

Michael J. Astrue,
Commissioner of Social Security,

    Defendant.

Seeking review of the denial of her application for Social Security Disability Insurance Benefits, Sandra Claussen brought this case against the Commissioner of Social Security. In a Report and Recommendation dated December 20, 2011, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that the Commissioner's decision be affirmed and that the case be dismissed with prejudice. Claussen objected, and the Commissioner responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 12]. Therefore, IT IS ORDERED THAT:

1. Claussen's Motion for Summary Judgment [Docket No. 6] is DENIED.

2. The Commissioner's Motion for Summary Judgment [Docket No. 9] is GRANTED.

3. The Commissioner's decision is AFFIRMED, and the case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 11, 2012

                                                            s/ Joan N. Ericksen
                                                            JOAN N. ERICKSEN
                                                            United States District Judge